# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 242

Dennis James Gaede,                                    Petitioner and Appellant

v.

State of North Dakota,                                Respondent and Appellee

## No. 20230269

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Steven E. McCullough, Judge.

AFFIRMED.

Per Curiam.

Dennis J. Gaede, self-represented, Bismarck, N.D., petitioner and appellant; submitted on brief.

Nicholas S. Samuelson, Assistant State's Attorney, Fargo, N.D., for respondent and appellee; submitted on brief.

## Gaede v. State
### No. 20230269

**Per Curiam.**

[¶1]   Dennis James Gaede appeals from an order and judgment dismissing his petition for postconviction relief. The district court concluded Gaede's claims were brought outside the statute of limitations provided in N.D.C.C. § 29-32.1-01(3)(b) and he had raised no genuine issue of material fact there was new evidence to avoid the statute of limitations. After reviewing the record, we conclude Gaede's claim is outside the statute of limitations and he has raised no genuine issue of fact on newly discovered evidence. We summarily affirm under N.D.R.App.P. 35.1(a)(6). *See also Gaede v. State*, 2022 ND 71, ¶ 1, 973 N.W.2d 5 (affirming district court's finding "Gaede's PTSD diagnosis is not newly discovered evidence, and this claim was brought outside the statute of limitations"); *Gaede v. State*, 2015 ND 160, 870 N.W.2d 26 (summarily affirming district court's findings on claims of newly discovered evidence); *Gaede v. State,* 2013 ND 41, ¶ 1, 832 N.W.2d 334 (res judicata precludes claims that were raised or could have been raised in prior proceedings).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr

1